RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DEC 20 2022

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| | ) | |
| Plaintiff, | ) | CR22-357 ADM |
| | ) | |
| | ) | 18 U.S.C. § 1709 |
| v. | ) | |
| | ) | |
| CAROLE LYNN BLAKEY, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Theft of Mail by Postal Service Employee)

From in or about May 2012 and continuing until in and around May 2015, in the State and District of Minnesota, the defendant,

**CAROLE LYNN BLAKEY**,

being an employee of the United States Postal Service, did embezzle, steal, abstract and remove from a letter, postal card, package, bag, mail, and any article or thing contained therein, specifically, letters containing personal and business checks, that were entrusted to her and which was intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service, all in violation of Title 18, United States Code, Section 1709.



SCANNED
DEC 20 2022
U.S. DISTRICT COURT MPLS

*United States v. Carole Lynn Blakey*

Dated: 12/20/22

ANDREW M. LUGER
United States Attorney

*/s/ Emily Polachek*

BY: EMILY A. POLACHEK
Assistant United States Attorney
Attorney Registration No. 0390973

2